# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2014

### NO. 03-13-00537-CV

**Miriam Bridges, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on July 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.